RALPH HAWKINS v. STATE.

No. A-1451.   Opinion Filed June 1, 1912.

Appeal from Blaine County Court;

Geo. W. Ferguson, Judge.

Ralph Hawkins was convicted of violating the prohibitory law, and appeals. Reversed.

I. H. Lookabaugh, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. In this case the appellant was convicted for having whisky and beer in his possession with intent to sell the same. The attorney general confesses that the evidence is insufficient to sustain the verdict, as there is no proof that appellant intended to sell or otherwise dispose of the whisky and beer found in his possession. We have carefully read every word of the evidence, and find that the confession of error was properly made. The judgment of the lower court is therefore reversed and the cause is remanded for a new trial.

---

SETH LITTLE v. STATE.

No. A-1168.   Opinion Filed June 6, 1912.

Appeal from Jefferson County Court;

B. T. Price, Judge.

Seth Little was convicted of a misdemeanor, and appeals.   Affirmed.

Bridges & Vertrees and C. A. McBrian, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, Seth Little, was convicted in the county court of Jefferson county on a charge of pointing a pistol unlawfully at W. L. Peters, and his punishment fixed at a fine of five hundred dollars and imprisonment in the county jail for a period of six months. Judgment was pronounced on the 11th day of April, 1911. The appeal was filed in this court on the 31st day of May, 1911. No briefs have been filed, and no appearance made for oral argument. The judgment of the trial court is affirmed for want of prosecution.